**CROSNER LEGAL, P.C.**
Lilach H. Klein (SBN 323202)
*lilach@crosnerlegal.com*
Craig W. Straub (SBN 249032)
*craig@crosnerlegal.com*
Zachary M. Crosner (SBN 272295)
*zach@crosnerlegal.com*
9440 Santa Monica Blvd., Suite 301
Beverly Hills, CA 90210
Tel: (866) 276-7637
Fax: (310) 510-6429
***Attorneys for Plaintiff***

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHRISTOPHER BUTLER, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>SEVENTH GENERATION, INC.,<br><br>    Defendant. | Case No. 5:24-cv-02420-SSS (DTB)<br><br>CLASS ACTION<br><br>**JOINT STIPULATION FOR VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**<br><br>Judge: Hon. Sunshine Suzanne Sykes |

**TO THE HONORABLE COURT:**

**PLEASE TAKE NOTICE THAT** pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Christopher Butler ("Plaintiff") and Defendant Seventh Generation, Inc. ("Defendant") (collectively "the Parties") hereby stipulate that Plaintiff's individual claims in this action shall be dismissed with prejudice and that the putative class action claims, if any, shall be dismissed without prejudice. Each party is to bear its own attorneys' fees, expenses, and costs.

DATED: February 5, 2025                   Respectfully submitted,


                                         */s/ Lilach H. Klein*
                                         LILACH H. KLEIN
                                         *Counsel for Plaintiff*


DATED: February 5, 2025                   Respectfully submitted,


                                         */s/ Megan O'Neill*
                                         MEGAN O'NIELL
                                         *Counsel for Defendant*

1

*Butler v. Seventh Generation, Inc.*, Case No. 5:24-cv-02420-SSS (DTB)
JOINT STIPULATION FOR VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)(1)(A)(II)

**ATTESTATION PURSUANT TO CIVIL L.R. 5-4.3.4**

The undersigned filer attests that the other signatories listed, on whose behalf the filing is also submitted, are registered CM/ECF filers and concur in the filing's content and have authorized the filing.

Dated: February 5, 2025                        */s/ Lilach H. Klein*
                                                        Lilach H. Klein

*Butler v. Seventh Generation, Inc.*, Case No. 5:24-cv-02420-SSS (DTB)
JOINT STIPULATION FOR VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)(1)(A)(II)